**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

EDUINA HAXHIRAI,

Plaintiff,

-against-

25 **CIVIL** 9897 (JGK)

**JUDGMENT**

GREYHOUND LINES, INC., ET AL.,

Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 6, 2026, the defendants' motion to strike the plaintiffs request for punitive damages is denied without prejudice. The Court has considered all the arguments of the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the foregoing reasons, the defendants' motion to dismiss is granted in part and denied in part. The plaintiffs negligent hiring, retention, supervision, or training claim is dismissed without prejudice. The defendants' motion is denied in all other respects.

**Dated:** New York, New York

November 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**